## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COOLIDGE REAGAN FOUNDATION<br>1629 K Street, NW, Suite 300<br>Washington, D.C. 20006,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br>1050 First Street, NE<br>Washington, DC 20463,<br><br>*Defendant*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:19-CV-01493-CJN |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff COOLIDGE REAGAN FOUNDATION ("CRF") hereby files this Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet served an Answer or Motion for Summary Judgment.

Special Counsel Robert Mueller's report, and subsequent public testimony before Congress, of the findings of his investigation, along with other documents subsequently released by the U.S. Department of Justice, confirm that various agencies of the federal government are aware of and investigating the illegal activities the Democratic National Committee and Clinton for President campaign hired Christopher Steele to perform. *See generally* Special Counsel Robert S. Mueller, III, Report on the Investigation Into Russian Interference in the 2016 Presidential Election (Mar. 2019). CRF believes this lawsuit may be mooted during its pendency by the results of such criminal, Congressional, and Intelligence Community investigations.

2

Dated this 15th day of August, 2019.

                                                Respectfully submitted,

                                                /s/ Dan Backer
                                                DC Bar # 996641
                                                POLITICAL.LAW PLLC
                                                441 North Lee Street, Suite 300
                                                Alexandria, VA 22314
                                                (202) 210-5431
                                                dan@political.law
                                                *Counsel for Coolidge*
                                                *Reagan Foundation*